E-FILED
Thursday, 21 March, 2013  10:07:29 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.  06-cr-10053-01 |
| JEREMIAH WRIGHT, | ) |
| Defendant. | ) |

## O R D E R  &  O P I N I O N

This matter is before the Court on Defendant's Application to Proceed in forma pauperis on appeal (Doc. 55). Defendant failed to fill out the application in its entirety, and omitted the issues he intends to present on appeal. (Doc. 55 at 1). Under Federal Rule of Appellate Procedure 24(a)(1)(C), such a motion must "state[] the issues that the party intends to present on appeal." Because Defendant's Application does not include that information, the Court cannot determine whether the appeal is taken in good faith. Thus, Defendant's Application to Proceed in forma pauperis is TAKEN UNDER ADVISEMENT. Defendant SHALL submit an amended application complying with Federal Rule of Appellate Procedure 24 within fourteen days of the date of this order. Failure to do so will result in the motion being denied. IT IS SO ORDERED.

Entered this 20th day of March, 2013.

s/ Joe B. McDade
JOE BILLY McDADE
United States Senior District Judge