**E-FILED**
Monday, 15 April, 2013  02:02:34 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.   06-cr-10053-01 |
| JEREMIAH WRIGHT, | ) ) ) |
| Defendant. | ) |

## O R D E R  &  O P I N I O N

This matter is before the Court on Defendant's Application to Proceed in forma pauperis on appeal (Doc. 55). On March 20, 2013, the Court took Defendant's Application under advisement and ordered Defendant to submit an amended application in compliance with Federal Rule of Appellate Procedure 24, explaining that based on his deficient Application, the Court could not determine if he was entitled to proceed in forma pauperis on appeal. (Doc. 58). Though late, the Court accepts Defendant's additional filing stating the issues he intends to present on appeal. (Doc. 60).

As evidenced by Defendant's Application, he does not have the financial ability to pay the filing fee on appeal. Additionally, based on the information in Defendant's supplemental filing, the Court cannot say that his appeal is not being taken in good faith.

IT IS THEREFORE ORDERED that Defendant's Application to Proceed in forma pauperis on appeal (Doc. 58) is GRANTED. The Clerk SHALL transmit a copy of this Order to the Seventh Circuit Court of Appeals.

Entered this 15th day of April, 2013.

                                                     s/ Joe B. McDade
                                                     JOE BILLY McDADE
                                       United States Senior District Judge